**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00024-CR**
_____

**SAMUEL JOHN GUIDRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-11-13907-CR**

---

**MEMORANDUM OPINION**

On May 20, 2021, the trial court accepted Samuel John Guidry's guilty plea to an indictment, which alleged assault family violence with bodily injury, deferred adjudicating Guidry's guilt, and signed an order placing Guidry on community supervision. On January 26, 2022, Guidry filed a notice of appeal. The trial court signed a certification indicating defendant's case arose from a plea-bargain and he has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). The District Clerk provided the certification to the Court of Appeals.

1

On January 27, 2022, we notified the parties the Court would dismiss Guidry's appeal unless Guidry established grounds to continue his appeal. Guidry failed to respond to the notice.

Accordingly, since the record does not contain a certification indicating that Guidry has the right of appeal, Guidry's appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 8, 2022
Opinion Delivered March 9, 2022
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.